

298 Wissahickon Avenue
North Wales, PA 19454
Telephone: 215-855-9521
Facsimile: 215-855-9121
HOF# 22-00278

February 26, 2024

Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

      RE:    Joseph Orfanelli, Jr.
                Chapter 13, Case No. 22-13069-amc
                Type of Action: Creditor's Notice of Default

Dear Attorney Sadek:

The stipulation, executed by the parties, and approved by the Court, in the above referenced matter requires the Debtor to remain current with his monthly post-petition payments. The Debtor has not been making post-petition payments as required by the Stipulation. The post-petition delinquency is as follows:

| | |
|---|---:|
| December 1, 2023 through January 1, 2024 at $851.27/each ….……………………….. | $1,702.54 |
| February 1, 2024 at $889.81………………………………………………………………… | $889.81 |
| Attorney fees for Notice of Default……………………………………………………. | $100.00 |
| Suspense Balance……………………………………………………………………… | ($48.73) |
| TOTAL | $2,643.62 |

The Debtor is therefore in default of the agreed stipulation. The amount needed to cure the additional post-petition default is **$2,643.62.** The payment to cure these arrears must be made in certified funds.

      In accordance with said stipulation, this shall serve as ten (10) days written notice of default. If the default is not cured within ten (10) days of the date of this letter, then Rushmore Servicing, shall file a Certification with the Court, entitling it to relief from stay.

      If you should have any questions, please contact my office.

                      Very truly yours,

                        ***/s/ Danielle Boyle-Ebersole***
                        Danielle Boyle-Ebersole, Esquire

cc:    Joseph Orfanelli, Jr.
        103 Willows Avenue
        Norwood, PA 19074